```
            DISTRICT COURT OF THE VIRGIN ISLANDS
              DIVISION OF ST. THOMAS AND ST. JOHN
```

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,                )
                                 )
        v.                        )   Criminal No. 2013-41
                                 )
ELDRY SANTOS-GUZMAN,             )
                                 )
        Defendant.                )
                                 )

ATTORNEYS:

**Ishmael Meyers, Jr., Esq.**
**Ronald Sharpe, Esq.**
United States Attorney's Office
St. Thomas, VI
    *For the plaintiff United States of America,*

**Carl R. Williams, Esq.**
Birch, de Jongh, & Hindels, PLLC
St. Thomas, VI
    *For defendant Eldry Santos-Guzman.*


<u>ORDER</u>

**GÓMEZ, J.**

   Pursuant to the Report and Recommendation of the United States Magistrate Judge to which there is no objection, it is hereby

   **ORDERED** that the defendant Eldry Santos-Guzman's plea of guilty to Count One of the Indictment is **ACCEPTED**; and it is further

*United States v. Santos-Guzman*
Criminal No. 2013-41
Order
Page 2

      **ORDERED** that the defendant Eldry Santos-Guzman is **ADJUDGED GUILTY** of the offense in Count One of the Indictment.

                                    S\_____
                                         **Curtis V. Gómez**
                                         **District Judge**